IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LYNDA PATRICIA KING, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-039
)
NANCY A. BERRYHILL, Acting )
Commissioner of the Social )
Security Administration, )
)
    Defendant. )
)

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Pursuant to 42 U.S.C. § 405(g), this case is **REVERSED** and **REMANDED** to the Administrative Law Judge ("ALJ"). On remand, the ALJ is **DIRECTED** to reevaluate Dr. Friedman's opinion in regards to Plaintiff's residual functional capacity ("RFC") and to address the effect of Plaintiff's moderate mental limitations, if any, on Plaintiff's RFC. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this order and to close this case.

SO ORDERED this 25th day of March 2019.

                                WILLIAM T. MOORE, JR.
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA