IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LYNDA PATRICIA KING, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-039
)
ANDREW SAUL, Commissioner of )
Social Security, )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act. (Doc. 20.) In the motion, Plaintiff's Counsel, Howard D. Olinsky, requests attorneys' fees in the amount of $6,693.18 under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), for the representation he provided to Plaintiff. (Id. ¶ 3.) The Government has not opposed Plaintiff's requested award and does not oppose accepting Plaintiff's assignment of EAJA fees and paying the fees directly to Plaintiff's counsel. (Doc. 22.) The Court has carefully considered the motion and finds that Plaintiff meets the requirements for such an award pursuant to the EAJA. See Jean v. Nelson, 863 F.2d 759, 765 (11th Cir. 1988) (holding that to recover attorney's fees "(1) the litigant opposing the United States must be a prevailing party; (2) the government's

position must not have been substantially justified; and (3) there must be no circumstances that make an award against the government unjust"). Accordingly, Plaintiff is **AWARDED** $6,693.18 in attorneys' fees and $16.26 in costs and expenses. Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff by a check delivered to Plaintiff's counsel. If Plaintiff does not owe such a debt, the Government will accept the assignment of EAJA fees and remit the fees and costs directly to Plaintiff's attorney.

SO ORDERED this 20th day of February 2020.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA